**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**LINDA DUKE**                                                                                            **PLAINTIFF**

**V.**                                               **NO. 3:04-CV-00365 GTE**

**FAMILY DOLLAR STORE**                                                              **DEFENDANT**

**ORDER**

The Court conducted a telephone conference today to address the Motion in Limine filed by the Defendant.[1]  For the reasons stated on the record,

IT IS HEREBY ORDERED THAT the Defendant's Motion in Limine (Docket No. 7) be, and it is hereby, GRANTED IN PART, DENIED IN PART, AND DISMISSED AS MOOT IN PART.

IT IS SO ORDERED this   4th   day of August, 2005.

                                                                   ___/s/Garnett Thomas Eisele_____
                                                                   UNITED STATES DISTRICT COURT

---

[1] The Court Reporter was Carolyn Fant.