IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LINDA DUKE

vs.                              NO. 3:04CV00365 GTE

FAMILY DOLLAR STORES

## JUDGMENT ON JURY VERDICT

This action came on for trial August 8, 2005, before the Court and a jury, the Honorable G. Thomas Eisele, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict on August 8, 2005; now therefore, pursuant to the verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff, Linda Duke, take nothing on the complaint against the defendant, Family Dollar Stores and that the complaint herein be, and the same is hereby, dismissed with prejudice.

Dated this 16th day of August, 2005.

                                                              __/s/Garnett Thomas Eisele_____
                                                              UNITED STATES DISTRICT JUDGE